TATIANA NERONI, Appellant, v JONATHAN S. FOLLENDER et al., Respondents.

Submitted August 15, 2016; decided October 27, 2016

Motion for reargument denied [*see* 27 NY3d 1147 (2016)].

Judges STEIN and FAHEY taking no part.

PARAMOUNT LEASEHOLD, L.P., Respondent, v 43RD STREET DELI, INC., Doing Business as BELLA VITA PIZZERIA, Appellant.

Submitted August 8, 2016; decided October 27, 2016

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed so much of the Supreme Court order as denied the application to compel arbitration, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SINGLETON, Appellant.

Submitted August 22, 2016; decided October 27, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.